UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Alvin L. Bess, ) ) ) Plaintiff, ) ) v. ) County of Cumberland North Carolina ) ) Defendant. ) ) | **JUDGMENT** No. 5:11-CV-388-BR |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for the consideration of the defendant's motion for summary judgment in the lead case 5:10-CV-453-BR.

**IT IS ORDERED, ADJUDGED AND DECREED** the County's motion for summary judgment is GRANTED. Plaintiff's motion to disqualify counsel is DENIED. The Clerk is DIRECTED to enter judgment in favor of the County in this case and in No. 5:11-CV-388-BR and is further DIRECTED to close both cases.

**This judgment filed and entered on October 23, 2012, and served on:**

Rickey L. Moorefield (via CM/ECF Notice of Electronic Filing)
Alvin L. Bess (via US Mail at 2573 Cumberland Creek Drive, Apt 102, Fayetteville, NC 28306)

October 23, 2012                          /s/ Julie A. Richards,
                                                    Clerk of Court